| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Claire V. Dwyer | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case Number: | 19-13752-MBK | | |

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2,232.00 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC as assignee to unclaimed funds for Claire V. Dwyer |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Dilks & Knopik, LLC<br>35308 SE Center St<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of New Jersey
*Peter Rodino Federal Building*
970 Broad Street, Room 700
Newark, NJ 07102

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date:  May 21, 2020 | Date: _____ |
| _____ Signature of Applicant Andrew T. Drake – Vice President Dilks & Knopik, LLC | _____ Signature of Co-Applicant (if applicable) |
| 35308 SE Center Street Snoqualmie, WA 98065 428-836-5728 x123 admin@dilksknopik.com | _____ Printed Name of Co-Applicant (if applicable) Address: |
| | Telephone: _____ |
| | Email: _____ |

| **6. Notarization** | **6. Notarization** |
|---|---|
| STATE OF <u>WASHINGTON</u> | STATE OF_____ |
| COUNTY OF <u>KING</u> | COUNTY OF_____ |
| This Application for Unclaimed Funds, dated <u>May 21, 2020</u> was subscribed and sworn to before me this 21ˢᵗ day of _May_ , 20 20 by Andrew T. Drake who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this____day of_____, 20____by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)        Notary Public: _____ Matthew Zettley | (SEAL)        Notary Public_____ |
| My commission expires: <u>February 19, 2022</u> | My commission expires: |

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022