| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| Mester & Schwartz, P.C.<br>Jason Brett Schwartz, Esquire<br>1917 Brown Street<br>Philadelphia, PA 19130<br>267-909-9036 | |
| IN RE:<br><br>Claire V. Dwyer, Debtor | CASE NO.: 19-13752-MBK<br><br>CHAPTER 13<br><br>HEARING DATE:<br><br>JUDGE: Kathryn C. Ferguson |

CERTIFICATION IN SUPPORT OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIRE V. DWYER PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 ET. SEQ.

I, Andrew T. Drake, of Dilks & Knopik, LLC, certify under penalty of perjury as follows:

1. I am an officer of Dilks & Knopik, LLC. Claire V. Dwyer, the debtor, has assigned the rights to unclaimed funds to make this claim. To the best of my knowledge, information and belief, the sum of $2,232.00 is due, owing and unpaid to this debtor.

2. Claire V. Dwyer is the debtor who has the right to these unclaimed funds deposited with the Court. This Claimant was the above-named debtor.

3. The Claimant was due to receive and the Trustee did, in fact, make a distribution from the estate of the Debtor in the amount of $2,232.00.

4. The check forwarding the funds was returned un-cashed and undelivered since the address the debtor scheduled was:

( ) not accurate

( ) not updated after the creditor claimant had moved, or

(X) (Other) Dividends were not collected by the debtor, Claire V. Dwyer. Claire V. Dwyer has assigned her unclaimed funds to Dilks & Knopik, LLC, as evidenced by the attached Assignment Agreement.

The Claimant was not located by the debtor or the trustee and the funds due to the Claimant were paid into the Court pursuant to **11 U.S.C. § 347 and Local Bankruptcy Rule D.N.J. LBR 3011-1 (UNCLAIMED FUNDS)**.

5. Pursuant to 11 U.S.C. § 347 and Chapter 129 of the 28, United States Code, I ask that the Court issue an Order directing the Clerk of the Bankruptcy Court to send payment to designee Dilks & Knopik, LLC and that payment be made to the order of the original creditor set forth in the proposed form of Order.

6. A copy of the Assignment agreement or other authority approving payment of funds owed to the Claimant to Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065 is annexed as *Exhibit A*.

7. Proof of the right to the original payment of the unclaimed funds is attached.

8. The proper identification of the claimant is shown by:

check one     ( ) claimant's social security number is:

(X) claimant's employer's identification number is: 9851

( ) certification of the claimant's lawful authority to apply for these funds is:

9. Check if applicable:  ( ) the current claimant is the lawful successor in interest to the original claimant in the funds claimed.

( ) the proof of any name change, assignment or other documentation is attached.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

Dated: May 21, 2020

Andrew T. Drake – Vice President
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728
As assignee to
Claire V. Dwyer