UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**IN RE:**
**CLAIRE V. DWYER,**
       **Debtor**

Case No.: 19-13752-MBK

Chapter 13

Judge: Michael B. Kaplan

**ORDER GRANTING APPLICATION FOR**
**PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is **ORDERED**.

2

On May 26, 2020, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to unclaimed funds for Claire V. Dwyer, the debtor for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,232.00 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*