| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Mester & Schwartz, P.C. <br> Jason Brett Schwartz, Esquire <br> 1917 Brown Street <br> Philadelphia, PA 19130 <br> 267-909-9036 |

IN RE:                               CASE NO.:  19-13752-MBK

Claire V. Dwyer, Debtor              CHAPTER 13


                                     JUDGE: Michael B. Kaplan


**CERTIFICATION OF SERVICE**

1.  I, Jason Brett Schwartz:

    ✓ represent the Creditor in the above-captioned matter.

    _ Am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    _ Am the _____ in the above case and am representing myself.


2.  On May 26, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:


    **Application for Payment of Unclaimed Funds**


3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


DATE: May 26, 2020                   ___/s/Jason Brett Schwartz_____
                                     Jason Brett Schwartz, Esquire

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew T. Drake<br>Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065 | As assignee to Claire V. Dwyer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Claire V. Dwyer<br>114 West Westside Avenue<br>Red Bank, NJ 07701 | Debtor/Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bruce W. Radowitz<br>636 Chestnut Street<br>Union, NJ 07083 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Claire V. Dwyer<br>24 Aristocrat Way<br>Jackson, NJ 08527 | Claimant Alternate Address | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| District of New Jersey<br>Peter Rodino Federal Building<br>970 Broad Street, Room 700<br>Newark, NJ 07102 | US Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| | | |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100 | U.S. Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2